IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:19-31 |
| | ) | |
| WILLIAM M. JONES | ) | |

MOTION TO DISMISS COUNT ONE

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Arnold P. Bernard, Jr., Assistant United States Attorney for said district, and pursuant to a plea agreement, the United States moves this Honorable Court to dismiss Count One of the indictment returned in the above-captioned case for the reason that on March 18, 2020, the said defendant, William M. Jones entered a plea of guilty as to Counts Two and Three, to be sentenced thereon.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

/s/ Arnold P. Bernard, Jr.
ARNOLD P. BERNARD, JR.
Assistant U.S. Attorney
PA ID No. 313734